IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASHEEN GREEN [#822881] | : | CIVIL ACTION |
| v. | : | |
| WARDEN D.L. STINE, et al. | : | No. 07-5323 |

**ORDER**

AND NOW, this 2nd day of April, 2008, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.
2. Petitioner's "Request to Remove Petition" [Docket Entry No. 12] is **GRANTED**.
3. At Petitioner's request, his habeas petition is deemed to have been voluntarily withdrawn. The Clerk is directed to close this case for statistical purposes.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ to: Copies via US Mail on ___ to: